UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) CR625-002
)
JONATHAN MANN )

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Tina E. Maddox** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tina E. Maddox be granted leave of absence for the following periods: July 21, 2025 through July 25, 2025.

**SO ORDERED**, this the 14th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA