UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATEBSORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR623-017, USA v. Youmans, et al |
| OF ABSENCE REQUEST | ) | CR624-002, USA v. Clark |
| | ) | CR625-002, USA v. Mann |
| JOHN P. HARPER, III | ) | CR625-004, USA v. Cook |
| | ) | CR625-005, USA v. McRae |
| | ) | CR6254-008, USA v. Baird |
| | ) | CR625-009, USA v. Collier |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**John P. Harper, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** John P. Harper, III be granted leave of absence for the following period: August 12, 2025 through September 4, 2025.

**SO ORDERED**, this ___14th___ day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA